**FILED**

AO 94 (Rev. 12/03) Commitment to Another District

AUG 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

UNITED STATES OF AMERICA
V.
Samuel James Stapleton, Jr.

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | MAGISTRATE JUDGE CASE NUMBER |
|---|---|
| District of Arrest / District of Offense | District of Arrest: 1:11mj00166DLB / District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)
charging a violation of __18__ U.S.C. § __2252A(a)(2) and (b)__

**DISTRICT OF OFFENSE:** District of Utah, Central Division

**DESCRIPTION OF CHARGES:** Distribution of Child Pornography

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation: ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

Interpreter Required? ☒ No  ☐ Yes  Language: _____

**EASTERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/24/2011
Date

Magistrate Judge Dennis L. Beck

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |